**TADDEO CONSTRUCTION AND LEASING CORPORATION, Appellant,**

v.

**CAIN ROOFING & SHEET METAL, INC., a Division of Cain Manufacturing Company, et al., Appellees.**

**No. 21394.**

United States Court of Appeals
Fifth Circuit.

April 5, 1965.

———◆———

Charles L. Howard, Jr., Rogers, Howard, Redden & Mills, Birmingham, Ala., for appellant.

Morris K. Sirote, Sirote, Permutt, Friend & Friedman, Birmingham, Ala., for appellees.

Lee E. Bains, Ling & Bains, Bessemer, Ala., for H. R. Webster, and others.

Ferris S. Ritchey, Jr., Ritchey & Nicholson, Birmingham, Ala., for Cain Roofing & Sheet Metal, Inc., Appellee.

Before WOODBURY,* JONES and GEWIN, Circuit Judges.

PER CURIAM:

No prejudicial error having been shown, the judgment of the district court is

Affirmed.